**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE CAMPOVERDE<br><br>vs.<br><br>RICHARD PRINGLE, J.B. HUNT TRANSPORT SERVICES, INC., JORGE ORTIZ, PENSKE TRUCK LEASING CO., L.P. and VALLEY SERVICES & TRANSPORT, LLC | **Civil Action**<br><br>**NO. 2:25-cv-18097-MEF-JSA** |

**LOCAL RULE 7.1.1 STATEMENT OF THIRD-PARTY LITIGATION FUNDING**

Pursuant to Local Civ. R. 7.1.1, Defendants Jorge Ortiz, Penske Truck Leasing Co., L.P., and Valley Services & Transport, LLC, by and through its undersigned counsel, avers the following:

Defendants, Jorge Ortiz, Penske Truck Leasing Co., L.P. and Valley Services & Transport, LLC, are receiving providing funding for all of their attorneys' fees and/or expenses for the litigation from United Financial Casualty Company, 6300 Wilson Mills Road, W33, Cleveland, Ohio 44143, pursuant to a policy of insurance issued by United Financial Casualty Company to Valley Services and Transport, LLC. Pursuant to the terms of the insurance policy,

by United Financial Casualty Company's approval is necessary for litigation decisions or settlement decisions in the action pursuant to the terms of the insurance policy.

Respectfully submitted,

*/s/ Timothy M. O'Donnell*

TIMOTHY M. O'DONNELL
*Attorney for Defendants, Jorge Ortiz, Penske Truck Leasing Co., L.P., and Valley Services & Transport, LLC*
Murphy Sanchez, PLLC
309 Fellowship Road
East Gate Center, Suite 200
Mount Laurel, NJ 08054
(856) 444-5505 [Phone]
(215) 799-9349 [facsimile]
todonnell@murphysanchez.com

Dated: February 2, 2026

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 2nd day of February 2026, a true and correct copy of Defendants, Jorge Ortiz, Penske Truck Leasing Co., L.P., and Valley Services & Transport, LLC's, Third-Party Litigation Funding Disclosure was served via ECF and e-mail upon the following counsel of record below:

Brian M. Dratch, Esquire
The Dratch Law Firm, P.C.
Plaza I
354 Eisenhower Parkway
Livingston, NJ 07039
Attorney for Plaintiff

Respectfully submitted,

*/S/ Timothy M. O'Donnell*

______________________________
TIMOTHY M. O'DONNELL
*Attorney for Defendants, Jorge Ortiz, Penske Truck Leasing Co., L.P., and Valley Services & Transport, LLC*
*Murphy Sanchez, PLLC*
*309 Fellowship Road*
*East Gate Center, Suite 200*
*Mt. Laurel, NJ 08054*
*(856) 444-5505 [Phone]*
*(215) 799-9349 [Facsimile]*
*todonnell@murphysanchez.com*